**FILED**

MAY 10 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>the STATE OF CALIFORNIA<br>*ex rel* MIKE STIERLI,<br><br>        Relator Plaintiff,<br><br>v.<br><br>SHASTA SERVICES, INC. dba<br>TIMBERWORKS; and DOES 1<br>through 50, inclusive,<br><br>        *Qui Tam* Defendants. | CASE NO. S-04-1955 MCE/PAN<br><br>[PROPOSED] ORDER APPROVING TIME EXTENSION FOR DEFENDANT TO RESPOND TO VERIFIED *QUI TAM* COMPLAINT |

IT IS HEREBY ORDERED:

The date due for the response by defendant SHASTA SERVICES, INC. dba TIMERWORKS to the VERIFIED *QUI TAM* COMPLAINT is extended to May 17, 2005.

DATED: 5/10/05

_____
JUDGE OF THE U S DISTRICT COURT
MORRISON C. ENGLAND, JR.

-1-
**ORDER APPROVING TIME EXTENSION FOR DEFENDANT TO RESPOND TO VERIFIED *QUI TAM* COMPLAINT**