**LODGED**
MAY 13 2005
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>the STATE OF CALIFORNIA<br>*ex rel* MIKE STIERLI,<br><br>        Relator Plaintiff,<br><br>v.<br><br>SHASTA SERVICES, INC. dba<br>TIMBERWORKS; and DOES 1<br>through 50, inclusive,<br><br>        *Qui Tam* Defendants. | CASE NO. S-04-1955 MCE/PAN<br><br>[PROPOSED] ORDER APPROVING SECOND TIME EXTENSION FOR DEFENDANT TO RESPOND TO VERIFIED *QUI TAM* COMPLAINT |

IT IS HEREBY ORDERED:

The date due for the response by defendant SHASTA SERVICES, INC. dba TIMERWORKS to the VERIFIED *QUI TAM* COMPLAINT is extended to May 24, 2005.

DATED: 5/17/05

_____
JUDGE OF THE U S DISTRICT COURT
MORRISON C. ENGLAND, JR.

-1-
ORDER APPROVING SECOND TIME EXTENSION FOR DEFENDANT TO RESPOND TO
VERIFIED *QUI TAM* COMPLAINT