**LODGED**

JUN 1 4 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel* MIKE STIERLI,<br><br>Relator Plaintiff,<br><br>v.<br><br>SHASTA SERVICES, INC. dba TIMBERWORKS; and DOES 1 through 50, inclusive,<br><br>*Qui Tam* Defendants. | Case No. S-04-1955 MCE/PAN<br><br>[PROPOSED] ORDER APPROVING TIME EXTENSION FOR PARTIES TO FILE JOINT STATUS REPORT |

IT IS HEREBY ORDERED:

The date due for the Joint Status Report by the parties is extended to June 30, 2005, 2005.

DATED: JUN 29 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE