1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA    )    **CASE NO. 2:04-cv-1955 MCE PAN**
     the STATE OF CALIFORNIA     )
11   *ex rel* MIKE STIERLI,      )

12              Relator Plaintiff,    )    ORDER APPROVING TIME
                                 )    EXTENSION FOR DISCOVERY AND
                                 )    DISCLOSURE OF EXPERT WITNESSES
13                               )

14        v.                     )
                                 )
15   SHASTA SERVICES, INC. dba   )
     TIMBERWORKS; and DOES 1     )
16   through 50, inclusive,      )
                                 )
17              *Qui Tam* Defendants.  )
     _____ )

18
     IT IS HEREBY ORDERED:
19

20        The due date for the completion of Discovery is extended (by two months) to April 6,

21   2006.  The due date for the disclosures of Expert Witnesses is extended (by two months) to

22   May 2, 2006.

23

24        DATED: January 6, 2006

25

26

27                                          _____
                                            MORRISON C. ENGLAND, JR.
28                                          UNITED STATES DISTRICT JUDGE