1  BILL LOCKYER
   Attorney General of the State of California
2  CHRISTOPHER AMES
   Senior Assistant Attorney General
3  LARRY G. RASKIN
   State Bar No. 116112
4  Supervising Deputy Attorney General
   JEFFREY SIMPTON
5  State Bar No. 166862
   Deputy Attorney General
6  ELIZABETH LINTON
   State Bar No. 231619
7  Deputy Attorney General
     1300 I Street
8    P.O. Box 944255
     Sacramento, CA 94244-2550
9    Telephone: 916-323-8549
     Fax: 916-323-6882
10   Email: Elizabeth.Linton@doj.ca.gov
   Attorneys for Real Party in Interest/State of California

11

IN THE UNITED STATES DISTRICT COURT

12

FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* MIKE STIERLI,** | S-04-1955 MCE/PAN |
| 15                                       Relator Plaintiff, | **STATE OF CALIFORNIA'S NOTICE OF MOTION & MOTION TO DISMISS THE CALIFORNIA FALSE CLAIMS ACT CLAIMS** |
| 16   v. | |
| 17   **SHASTA SERVICES, INC. dba TIMBERWORKS; and DOES 1 through 50, inclusive,** | |
| 18 | MAY 1, 2006 |
| 19                                       Defendant. | 9:00 a.m. |
| | Honorable Morrison England |

20

21   TO MIKE STIERLI, SHASTA SERVICES, INC., AND THEIR ATTORNEYS OF

22   RECORD:

23       NOTICE IS HEREBY GIVEN that on May 1, 2006, at 9:00 a.m., or as soon thereafter as

24   counsel may be heard by the above-entitled Court, located at 501 I Street, Sacramento, in the

25   courtroom of the Honorable Morrison England, Jr., Real Party in Interest, the State of California,

26   will and hereby does move the Court for dismissal of the California False Claims Act (CFCA)

27   claims in this case.  This motion is brought on the grounds that good cause exists to dismiss the

28   claims because no CFCA violation has occurred.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of Olivia Fonseca and the accompanying exhibits, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: March 29, 2006

    BILL LOCKYER,
    Attorney General

    CHRISTOPHER M. AMES,
    Senior Assistant Attorney General

    LARRY G. RASKIN
    Supervising Deputy Attorney General

    JEFFREY SIMPTON
    Deputy Attorney General


      s/Elizabeth Linton
    ELIZABETH LINTON
    Deputy Attorney General
    Attorneys for the State of California