EXHIBIT "A"

McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SB #84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2705

PETER D. KEISLER
Assistant Attorney General
MICHAEL F. HERTZ
DODGE WELLS
GEJAA T. GOBENA
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202)307-1088

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| [SEALED], | CIV. S-04-1955 MCE/PAN |
| Plaintiffs, | |
| v. | **UNITED STATES OF AMERICA'S AND THE STATE OF CALIFORNIA'S JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION** |
| [SEALED], | |
| Defendants. | |
| | **FILED UNDER SEAL** |

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KRISTIN S. DOOR SB #84307<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2723 |
| 5 | PETER D. KEISLER<br>Assistant Attorney General |
| 6 | MICHAEL F. HERTZ<br>DODGE WELLS |
| 7 | GEJAA T. GOBENA<br>Civil Division |
| 8 | Commercial Litigation Branch<br>P.O. Box 261 |
| 9 | Ben Franklin Station<br>Washington, D.C. 20044 |
| 10 | Telephone: (202)307-1088 |
| 11 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel MIKE STIERLI,<br><br>Relator Plaintiff,<br><br>v.<br><br>SHASTA SERVICES, INC., dba TIMBERWORKS; and DOES 1 through 50, inclusive,<br><br>*Qui Tam* Defendants. | CIV. S-04-1955 MCE/PAN<br><br>**UNITED STATES OF AMERICA'S AND THE STATE OF CALIFORNIA'S JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>**FILED UNDER SEAL** |

Pursuant to the federal and state False Claims Acts, 31 U.S.C. §§ 3730(b)(2)-(b)(4) and (c)(3), and California Government Code §§ 12652(c)(2), (c)(5) and (c)(6)(B), the United States of America and the State of California ("the Government"), by the undersigned attorneys, hereby notifies the Court that the United States and the State of

California elect to decline to intervene and take over this action at this time.

As provided by 31 U.S.C. § 3730(c)(3) and California Government Code §12652(f)(1), the Government, as real party in interest[1], hereby requests that the parties serve the United States and the State of California, through their respective undersigned counsel, with copies of all pleadings and papers filed in the action. The Government also requests that it be served with copies of all orders filed in the action, and all papers lodged in the action. The Government notes that 31 U.S.C. § 3730(c)(3) and California Government Code §12652(f)(1) permit the United States and the State of California to be supplied with copies of all deposition transcripts at their expense upon declination, but the Government currently declines to request that they be served with deposition transcripts at this time.

In addition, the Government hereby requests that, should either the relator or the defendant propose to dismiss, settle, or otherwise discontinue this action, the Court provide the United States and the State of California with notice and an opportunity to be heard before the Court rules or grants its approval. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 720, 723-25 (9th Cir. 1994); *U.S. ex rel. Kelly v. Boeing Co.*, 9 F.3d 743, 753, n.10 (9th Cir. 1993); Cal. Gov. Code §§ 12652(c)(1) and (f)(2)(A)).

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene

---

[1] Like its federal counterpart, a state *qui tam* plaintiff files "...for the State of California in the name of the state, if any state funds are involved...." See Cal. Gov. Code § 12652(c)(1)and compare with 31 U.S.C. § 3070(b)(1), which provides, in pertinent part, that a *qui tam* under the federal FCA files "...for the United States Government. The action shall be brought in the name of the Government."

should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

DATED: 4/6/05

MCGREGOR W. SCOTT
United States Attorney

By *Kristin S Door*
KRISTIN S. DOOR
Assistant United States Attorney
Attorneys for the United States of America


BILL LOCKYER,
Attorney General

CHRISTOPHER M. AMES,
Senior Assistant Attorney General


LARRY G. RASKIN,
Supervising Deputy Attorney General

Attorneys for the State of California.

1 | should be extended.

2 | A proposed order accompanies this notice.

3 | Respectfully submitted,

5 | DATED: 4/7/05

MCGREGOR W. SCOTT
United States Attorney

By  KRISTIN S. DOOR
Assistant United States Attorney
Attorneys for the United States of America

BILL LOCKYER,
Attorney General

CHRISTOPHER M. AMES,
Senior Assistant Attorney General

LARRY G. RASKIN,
Supervising Deputy Attorney General

Attorneys for the State of California.

3

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on April 7, 2005, she served a copy of **UNITED STATES OF AMERICA'S AND THE STATE OF CALIFORNIA'S JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) listed below, which is/are the last known address(es), and by depositing said envelope in the United States mail at Sacramento, California, or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

SERVED BY UNITED STATS MAIL            SERVED BY INTER-OFFICE DELIVERY

Paul F. Dauer
Attorney at Law
400 Capitol Mall, Suite 2950
Sacramento, CA 95814

Larry Raskin
Deputy Attorney General
1300 I Street
Sacramento, CA 95814

_____
Deb Duckett