UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* MIKE STIERLI,

    Relator Plaintiff,

v.

SHASTA SERVICES INC. dba TIMBERWORKS; and DOES 1 through 50, inclusive,

    *Qui Tam* Defendants.

NO. 2:04-cv-1955-MCE-PAN (JFM)

ORDER

----oo0oo----

    Qui Tam Plaintiff Mike Stierli ("Stierli") has brought an Ex Parte Application for an order vacating or continuing the hearing on the Motion to Dismiss brought by the State of California, as the Real Party in Interest in this proceeding.  Said Application is DENIED.  Stierli has made no showing to justify relief on an ex parte basis, as opposed to hearing the State's Motion to Dismiss as regularly scheduled.

///

///

1

1  Said Motion remains set for May 1, 2006, with opposition and
2  reply, if any, due in accordance with Local Rule 78-230 (c) and
3  (d).
4
5      IT IS SO ORDERED.
6  DATED: April 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE