UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* MIKE STIERLI,

    Relator Plaintiff,

v.

SHASTA SERVICES INC. dba TIMBERWORKS; and DOES 1 through 50, inclusive,

    *Qui Tam* Defendants.

No. 2:04-cv-1955-MCE-PAN (JFM)

ORDER

----oo0oo----

Following the Court's review of Qui Tam Plaintiff Mike Stierli's Ex Parte Application for an order vacating or continuing the Motion to Dismiss filed by the State of California, and after the Order denying that Application was prepared, counsel for the United States of America filed a joinder in the State's Motion that also included a separate Motion to Dismiss the federal claims asserted in this proceeding.
///
///

1

1  Given that related motion, filed on April 17, 2006 and scheduled
2  to be heard simultaneously with the State's Motion on May 1,
3  2006, the Court hereby continues the hearing on both motions to
4  June 5, 2006 at 9:00 a.m. in order to give all parties reasonable
5  opportunity to serve ane file oppositions and replies to the
6  pending motions.  <u>See</u> Local Rule 78-230 (c)-(e).
7       IT IS SO ORDERED.
8  DATED: April 28, 2006

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE