McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR SB #84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2723

PETER D. KEISLER
Assistant Attorney General
MICHAEL F. HERTZ
DODGE WELLS
GEJAA T. GOBENA
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202)307-1088

Attorneys for the United States of America

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel MIKE STIERLI, <br><br> Relator Plaintiff, <br><br> v. <br><br> SHASTA SERVICES, INC., dba TIMBERWORKS; and DOES 1 through 50, inclusive, <br><br> *Qui Tam* Defendants. | CIV. S-04-1955 MCE PAN-JFM <br><br> UNITED STATES'S REPLY TO RELATOR'S OPPOSITION TO UNITED STATES' MOTION TO DISMISS AND JOINDER IN MOTIONS TO DISMISS FILED BY THE STATE OF CALIFORNIA <br><br> DATE: June 19, 2006 <br> TIME: 9:00 a.m. <br> Courtroom: 3 |

## I. INTRODUCTION

The United States of America, the real party in interest, files this reply to the Relator's Opposition to USA's Motion to Dismiss and Joinder in Motions to Dismiss Filed by the State of California and *Qui Tam* Defendant (filed on May 18, 2006 as document 65 on the Court's docket sheet).

## II. ARGUMENT

The United States' reply to relator's overblown rhetoric will be short and to the point: the United States rejects relator's desperate attempt to bring this meritless suit in its name. As previously stated in its Motion to Dismiss, the United States does not equate procedural mistakes defendant may have made in the bid process with a false or fraudulent claim actionable under the federal False Claims Act, 31 U.S.C. § 3729 *et seq*. Nor does the report prepared by Lance Yokota, the Civil Rights Program Manager for the Federal Highway Administration, support relator's claims. To the contrary, Yokota's report only addressed shortcomings in the bid-analysis procedures used by Caltrans. Yokota did not investigate whether defendant Timberworks violated the federal False Claims Act in connection with its bid. Declaration of Lance Yokota in Support of United States of America's Reply to Relator's Opposition to United States' Motion to Dismiss and Joinder in Motions to Dismiss Filed by the State of California, filed herewith.

In addition, the United States requests that this Court consider the unusual circumstances of this case. Both the federal and state governments, the real parties in interest, have moved for dismissal of this action. Certainly, if either governmental entity had concluded that defendant's conduct in the bid process was fraudulent, one or both would be vigorously pursuing all remedies available to it under the law. [1] That neither entity wants this action to continue speaks volumes about the merits of the case.

//
//

---

[1] Under the federal False Claims Act, for example, the United States is entitled to treble damages and a civil penalty of $5500-$11,000 per false claim. 31 U.S.C. § 3729(a).

2

| | |
|---|---|
| 1 | III.  CONCLUSION |

For the reasons set forth above, in its previously filed motion to dismiss and in the the motions filed by the State of California, the United States requests that this action be dismissed in its entirety.

DATED: May 23, 2006                              McGREGOR W. SCOTT
United States Attorney


By:   /s/ kristin s. door
      KRISTIN S. DOOR
      Assistant U.S. Attorney